No. 04–8842. RATCLIFF v. STATE BAR OF TEXAS ET AL. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 04–8845. SCOTT v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 04–8864. WIDNER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–8865. TURNER v. MECHLING, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8876. HICKS v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 04–8896. CHEARS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–8899. MLASKA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–8904. RAMIREZ v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 04–8906. MAZON v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–8915. MONK v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–8920. PAYTON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–8924. WINSLOW v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–8925. EVERETT v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–8930. DAVIS v. MCMAHON ET AL. C. A. 3d Cir. Certiorari denied.